# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable B. Paul Briones

Arraignment

| | | | |
|---|---|---|---|
| Case Number: | 19-1996 MV | UNITED STATES vs. TIZNADO | |
| Hearing Date: | 7/15/2019 | Time In and Out: | 9:47 am – 9:54 am |
| Clerk: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Ronnie Tiznado | Defendant's Counsel: | Wayne Baker |
| AUSA | Jonathan Gerson | Pretrial/Probation: | A. Galaz |
| Interpreter: | | | |

### PROCEEDINGS

- ☐ Defendant sworn
- ☐ First Appearance by Defendant
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: August 5, 2019
- ☒ Discovery Order electronically entered  ☐ Discovery Order previously entered
- ☒ Case assigned to: Judge Vazquez
- ☒ Trial will be scheduled by presiding judge  ☐ Trial currently set

### Custody Status

- ☐ Defendant waives detention hearing
- ☐ Defendant
- ☒ Conditions of release previously imposed remain in effect

### Other

- ☐